Marshall O. POTTER, Jr.,
Claimant–Appellant,

v.

R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.

No. 04–7023.

United States Court of Appeals, Federal Circuit.

March 15, 2005.

*ORDER*

MAYER, Circuit Judge.

Marshall O. Potter, Jr. moves to vacate the Court of Appeals for Veterans Claims' decision in *Potter v. Principi*, 00–128(E) (Vet.App. Sep. 2, 2003), and to remand for further proceedings consistent with this court's decision in *Halpern v. Principi*, 384 F.3d 1297 (Fed.Cir.2004). In the alternative, Potter moves to lift the stay and set a briefing schedule in this appeal. The Secretary of Veterans Affairs has not responded.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to vacate and remand is granted.

(2) The alternative motion to lift the stay is moot.

(3) Each side shall bear its own costs.